**Order entered July 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01269-CR

**BRYAN MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 22nd District Court**
**Hays County, Texas**
**Trial Court Cause No. CR-17-0023**

## ORDER

Before the Court is the State's July 24, 2019 third motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief filed on or before July 29, 2019. If the State's brief is not filed by July 29, 2019, this appeal may be submitted without the State's brief.

/s/    BILL PEDERSEN, III
        JUSTICE